# EXHIBIT A



A TRUE COPY

 (/DEFAULT.ASPX)

Civil
Case Information
Thirteenth Judicial Circuit of Kanawha County


20-C-1066
Judge: CARRIE WEBSTER
LUCINDA JARRELL VS. SECURITAS SECURITY SERVICES USA, INC.


**Plaintiff(s)**

**Plaintiff Attorney(s)**

JARRELL, LUCINDA

JOHN-MARK ATKINSON

**Defendant(s)**

**Defendant Attorney(s)**

INC., SECURITAS SECU

SECURITAS SECURITY SERVICES US

N/A

Date Filed: 12/14/2020
Case Type: DISCRIMINATION
Appealed: 0
Final Order Date: N/A
Statistical Close Date: N/A


| Line | Date | Action / Result |
|------|------|-----------------|
| 0001 | 12/14/2020 | *CASE INFO SHEET; C; SUM & 1 CPY; F FEE; $200 |
| 0002 | 12/28/2020 | @ LET FR SS DTD 12/22/20; SUM W/RET (12/22/20 SS) AS TO SECURITA |
| 0003 | | SECURITY SERVICES USA INC |

---

These materials have been prepared by the Office of the Clerk of the various Circuit Courts from original sources and data believed to be reliable. The information contained herein, however, has not been independently verified by the Office of the Clerk or Software Computer Group, Incorporated. The Office of the Clerk of the Circuit Courts and Software Computer Group, Inc. assume no liability for the accuracy, completeness, or timeliness of the information contained herein.

Software Computer Group | PO Box 27 | Fraziers Bottom WV 25082

 **CT Corporation**

**Service of Process Transmittal**
12/28/2020
CT Log Number 538800075

**TO:**  Josiah Rocha
Securitas Security Services USA, Inc.
4330 Park Terrace Dr
Westlake Village, CA 91361-4630

**RE:**  **Process Served in West Virginia**

**FOR:**  Securitas Security Services USA, Inc.  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | LUCINDA JARRELL, PLTF. vs. SECURITAS SECURITY SERVICES USA, INC., DFT. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 20C1066 |
| **NATURE OF ACTION:** | Employee Litigation - Wrongful Termination |
| **ON WHOM PROCESS WAS SERVED:** | National Registered Agents, Inc., Charleston, WV |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 12/28/2020 postmarked on 12/23/2020 |
| **JURISDICTION SERVED :** | West Virginia |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 12/28/2020, Expected Purge Date: 01/27/2021 |
| | Image SOP |
| | Email Notification,  Josiah Rocha  JOSIAH.ROCHA@SECURITASINC.COM |
| | Email Notification,  Laura Polte  Laura.Polte@securitasinc.com |
| | Email Notification,  Cortney Sigman  cortney.sigman@securitasinc.com |
| **REGISTERED AGENT ADDRESS:** | National Registered Agents, Inc.<br>1627 Quarrier St<br>Charleston, WV 25311<br>866-331-2303<br>CentralTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

CERTIFIED MAIL

U.S. POSTAGE >> PITNEY BOWES

ZIP 25311   $ 006.45⁰
02 4W
0000336734 DEC. 23. 2020.



Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305



**Mac Warner**
Secretary of State
State of West Virginia
Phone: 304-558-6000
888-767-8683
Visit us online:
www.wvsos.com

**USPS CERTIFIED MAIL™**



9214 8901 1251 3410 0002 9711 65

SECURITAS SECURITY SERVICES USA, INC.
NATIONAL REGISTERED AGENTS, INC.
1627 QUARRIER STREET
CHARLESTON, WV 25311

Control Number: 268104

Defendant: SECURITAS SECURITY SERVICES
USA, INC.
1627 QUARRIER STREET
CHARLESTON, WV 25311 US

Agent: NATIONAL REGISTERED AGENTS,
INC.
County: Kanawha
Civil Action: 20-C-1066
Certified Number: 92148901125134100002971165
Service Date: 12/22/2020

I am enclosing:

**1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in the name and on behalf of your corporation.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process· in the name and on behalf of your corporation as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper, **not to the Secretary of State's office**.*

Sincerely,

*Mac Warner*

Mac Warner
Secretary of State

IN THE CIRCUIT COURT OF _____ KANAWHA _____ COUNTY, WEST VIRGINIA

## CIVIL CASE INFORMATION STATEMENT
(Civil Cases Other than Domestic Relations)

2020 DEC 14

**I. CASE STYLE:**

**Plaintiff(s)**                                Case No. 20-C-____ PM 1:48

LUCINDA JARRELL                                 Judge: Webster

                                                **Plaintiff's Phone:** ____

**vs.**                                         **Days to**

**Defendant(s)**                                **Answer**    **Type of Service**

SECURITAS SECURITY SERVICES USA, INC.            30          Secretary of State

Name

                                                **Defendant's Phone:** ____

Street Address

City, State, Zip Code

**II. TYPE OF CASE:**

| | |
|---|---|
| ☐ General Civil | ☐ Adoption |
| ☐ Mass Litigation [As defined in T.C.R. 26.04(a)] | ☐ Administrative Agency Appeal |
| ☐ Asbestos | ☐ Civil Appeal from Magistrate Court |
| ☐ FELA Asbestos | ☐ Miscellaneous Civil Petition |
| ☐ Other: | ☐ Mental Hygiene |
| ☐ Habeas Corpus/Other Extraordinary Writ | ☐ Guardianship |
| ☑ Other: Employment | ☐ Medical Malpractice |

**III. JURY DEMAND:** ☑ Yes ☐ No  CASE WILL BE READY FOR TRIAL BY (Month/Year): 12 / 2021

| | |
|---|---|
| **IV. DO YOU OR ANY OF YOUR CLIENTS OR WITNESSES IN THIS CASE REQUIRE SPECIAL ACCOMMODATIONS?**<br><br>☐ Yes ☑ No | **IF YES, PLEASE SPECIFY:**<br>☐ Wheelchair accessible hearing room and other facilites<br>☐ Reader or other auxiliary aid for the visually impaired<br>☐ Interpreter or other auxiliary aid for the deaf and hard of hearing<br>☐ Spokesperson or other auxiliary aid for the speech impaired<br>☐ Foreign language interpreter-specify language: ____<br>☐ Other: ____ |

Attorney Name: John-Mark Atkinson/Mark A. Atkinson

Firm: ATKINSON & POLAK, PLLC

Address: P.O. Box 549, Charleston, WV 25322-0549

Telephone: (304) 346-5100

☐ **Proceeding Without an Attorney**

**Representing:**

☑ Plaintiff     ☐ Defendant

☐ Cross-Defendant  ☐ Cross-Complainant

☐ 3rd-Party Plaintiff ☐ 3rd-Party Defendant

Original and __3__ copies of complaint enclosed/attached.

Dated: _12_ / _11_ / _2020_    Signature: ____

SCA-C-100: Civil Case Information Statement (Other than Domestic Relations)

PYMT Type ____ $200 ✓ $135
Rept # 55419
Iss. Sum.+ 2 cc  ___ No Sum. Iss
✓ Ret. to Atty.   ___ $20cm X
___ Mailed CM/RM  ___ $5 clk X
___ Mailed to sos w/ck#  ____
___ Sent to ____ w/ck# ____  ___ $15 mdf X

IN THE CIRCUIT COURT OF KANAWHA COUNTY, WEST VIRGINIA

LUCINDA JARRELL,

      Plaintiff,

v.                                      CIVIL ACTION NO.: **20-C-1006**

SECURITAS SECURITY SERVICES USA, INC.;

      Defendant.

**S U M M O N S**

**TO THE ABOVE NAMED DEFENDANT:**  **SECURITAS SECURITY**
                                      **SERVICES USA, INC.**
                                      **c/o National Registered Agents, Inc.**
                                      **1627 Quarrier Street**
                                      **Charleston, WV  25311-2124**

*(stamp: SECRETARY OF STATE / STATE OF WEST VIRGINIA / 2020 DEC 22 P 3: 00 / ACCEPTED FOR SERVICE OF PROCESS)*

      IN THE NAME OF THE STATE OF WEST VIRGINIA, you are hereby summoned and required to serve upon Mark A. Atkinson and John-Mark Atkinson, plaintiff's attorneys, whose address is Post Office Box 549, Charleston, West Virginia, 25322-0549, an answer, including any related counterclaim you may have, to the Complaint filed against you in the above-styled civil action, a true and exact copy of which is herewith delivered to you.  You are required to serve your answer within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint and you will be thereafter barred for asserting in another action any claim you may have which must be asserted by counterclaim in the above-styled civil action.

Dated: **12/14/20**                         **Cathy S. Gatson, Clerk**
                                              Clerk of the Court

                                              *Cathno*
                                              Deputy Clerk

IN THE CIRCUIT COURT OF KANAWHA COUNTY, WEST VIRGINIA

LUCINDA JARRELL,

      Plaintiff,

v.

                              CIVIL ACTION NO.: 20-C-1046

                                        Webster

SECURITAS SECURITY SERVICES USA, INC.;

      Defendant.

## COMPLAINT

1.     The plaintiff, Lucinda Jarrell, brings this action against the defendant for its discriminatory actions against the plaintiff.

## PARTIES

2.     The plaintiff, Lucinda Jarrell, was at all times relevant herein, a resident of Putnam County, West Virginia.

3.     The defendant Securitas Security Services USA, Inc. is a Delaware corporation and, at all times relevant herein, was doing business in Kanawha County, West Virginia.

## FACTS

4.     The plaintiff, Lucinda Jarrell, is fifty-three years old.

5.     The plaintiff, Lucinda Jarrell, is female.

6.     The plaintiff, Lucinda Jarrell, was employed by the defendant for more than fifteen years.

1

7.      Most recently, the plaintiff was employed by the defendant as a manager.

8.      In the plaintiff's district, there were eight managers.

9.      The other seven managers in the plaintiff's district were male.

10.     During her employment, Lucinda Jarrell consistently performed her duties in a satisfactory manner and met the reasonable expectations of her employer.

11.     On or about August 3, 2020, the defendant willfully, maliciously and unlawfully terminated the plaintiff's employment.

12.     The plaintiff, Lucinda Jarrell, was replaced in her employment with the defendant by a male.

13.     The male that replaced the plaintiff in her employment is significantly younger than the plaintiff.

## FIRST CAUSE OF ACTION

14.     The plaintiff Lucinda Jarrell's termination from her employment was based upon, in whole or in part, the plaintiff's age, in violation of the West Virginia Human Rights Act, West Virginia Code §5-11-9(1).

15.     As a direct and proximate result of the defendant's actions, the plaintiff has suffered and will continue to suffer lost wages and benefits in an amount to be determined by the jury.

16.     As a direct and proximate result of the defendant's actions, the plaintiff is entitled to damages for indignity, embarrassment, humiliation, annoyance and inconvenience in an amount to be determined by the jury.

17.     The defendant's actions were willful and malicious and violated the West Virginia Human Rights Act entitling the plaintiff to attorney fees and costs pursuant to

West Virginia Code §5-11-13 and/or the decisions of the West Virginia Supreme Court of Appeals.

18.     The defendant's actions were reprehensible, willful, wanton, malicious, and/or undertaken with blatant and intentional disregard of the rights owed to the plaintiff, thereby entitling the plaintiff to punitive damages in an amount to be determined by the jury.

## SECOND CAUSE OF ACTION

19.     The plaintiff Lucinda Jarrell's termination from her employment was based upon, in whole or in part, the plaintiff's gender, in violation of the West Virginia Human Rights Act, West Virginia Code §5-11-9(1).

20.     As a direct and proximate result of the defendant's actions, the plaintiff has suffered and will continue to suffer lost wages and benefits in an amount to be determined by the jury.

21.     As a direct and proximate result of the defendant's actions, the plaintiff is entitled to damages for indignity, embarrassment, humiliation, annoyance and inconvenience in an amount to be determined by the jury.

22.     The defendant's actions were willful and malicious and violated the West Virginia Human Rights Act entitling the plaintiff to attorney fees and costs pursuant to West Virginia Code §5-11-13 and/or the decisions of the West Virginia Supreme Court of Appeals.

23.     The defendant's actions were reprehensible, willful, wanton, malicious, and/or undertaken with blatant and intentional disregard of the rights owed to the plaintiff,

3

thereby entitling the plaintiff to punitive damages in an amount to be determined by the jury.

## PRAYER FOR RELIEF

WHEREFORE, the plaintiff prays for the following relief:

1.   Damages set forth in this Complaint, including lost wages and benefits, back pay, front pay, and damages for indignity, embarrassment, humiliation, annoyance, inconvenience, and punitive damages in an amount to be determined by the jury;

2.   Prejudgment interest as provided by law;

3.   Attorney fees and costs; and

4.   Such further relief as this court may deem just and equitable.

PLAINTIFF DEMANDS A JURY TRIAL ON ALL ISSUES TRIABLE TO A JURY.

LUCINDA JARRELL
By Counsel

Mark A. Atkinson (WVSB #184)
John-Mark Atkinson (WVSB #12014)
ATKINSON & POLAK, PLLC
P.O. Box 549
Charleston, WV 25322-0549
(304) 346-5100

4